Opinion issued August 19, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00126-CV

_____

**KAPPY EARL JOE, JR., Appellant**

**V.**

**MICHELLE MARIE VASQUEZ-JOE, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-30408**

---

## MEMORANDUM OPINION

Appellant is attempting to appeal from an order of dismissal for want of prosecution signed on December 3, 2025.  Although appellant claimed he had filed a motion to reinstate, a supplemental clerk's record filed on June 26, 2025 indicated

that no motion to reinstate was located in the trial court file. Appellant's notice of appeal was filed on February 21, 2025.

A notice of appeal is generally required to be filed within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1. This 30-day deadline may be extended to 90 days after the judgment is signed if appellant files a timely motion for new trial or other post-judgment motion. *See* TEX. R. CIV. P. 329b. The appellate court may also extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3.

Because the record indicates no motion to reinstate or other post-judgment motion was filed, appellant's notice of appeal was due to be filed within 30 days of the date the trial court signed the order of dismissal. *See* TEX. R. APP. P. 26.1(a). Appellant's notice of appeal was filed more than two and a half months after the trial court signed its judgment. Accordingly, the notice of appeal was not timely filed. Absent a timely-filed notice of appeal, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 928 (Tex. 2005).

The Court notified appellant by order issued on July 29, 2025, that the appeal might be dismissed for lack of jurisdiction unless appellant filed a response by August 8, 2025, establishing this Court's jurisdiction. No response was filed.

2

Accordingly, the appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.